## George Trumbull Woodbury, Appellant, v. Continental Casualty Company, Appellee.

### Gen. No. 21,801.

Appeal from the Circuit Court of Cook county; the Hon. Lock-wood Honore, Judge, presiding. Heard in this court at the October term, 1915. Reversed and remanded. Opinion filed April 18, 1917. Rehearing denied May 9, 1917.

Frederick A. Brown and Raymond S. Pruitt, for appellant; John G. McDonald, of counsel.

M. P. Cornelius and George R. Sanderson, for appellee; Manton Maverick, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

Inasmuch as this appeal involves substantially similar matters to those adjudicated in *Woodbury v. Ocean Accident & Guarantee Corporation, Ltd.*, Gen. No. 21,800, *ante*, p. 387, we are of the opinion that the court erred in directing a verdict for the appellee, and, for that error so committed, the judgment ought to be reversed and the cause remanded.

*Reversed and remanded.*